Omar I. Habbas, SBN 126629
Tarik R. Habbas, SBN 314794
HABBAS, NASSERI & ASSOCIATES
675 N. 1st Street, #1000
San Jose, CA 95112
Phone:   408.278.0480
Fax:     408.278.0488
Email:   thabbas@habbaslaw.com

Lori J. Costanzo, SBN 142633
Chelsea Hill, SBN 328066
COSTANZO LAW FIRM
111 West St. John Street, #700
San Jose, CA 95113
Phone:   408.993.8493
Fax:     408.993.8496
Email:   Lori@costanzo-law.com

Ignascio G. Camarena II, SBN 220582
CAMARENA LAW OFFICE, A.P.C.
111 N. Market Street, Suite 300
San Jose, CA 95113
Phone:   408.418.7180
Fax:     408.516.9653
Email:   igc@camarenalawoffice.com

Attorneys for Plaintiff Daniel Gunther
on behalf of himself and the classes of all other similarly
situated and aggrieved current and former employees

**FILED**

Jun 09 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| DANIEL GUNTHER, on behalf of himself and the classes of all other similarly situated and aggrieved current and former employees,<br><br>Plaintiff,<br><br>v.<br><br>AT&T MOBILITY SERVICES, LLC, a Delaware Corporation; and DOES 1 through 100. Inclusive,<br><br>Defendants. | **CASE NO. 20-cv-03293-NC**<br><br>**STIPULATION TO CONTRACTUAL ARBITRATION AND REQUEST FOR DISMISSAL AND ORDER** |

Plaintiff Daniel Gunther and Defendant AT&T Mobility Services LLC hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this pending action, only, be dismissed without prejudice as to all claims, causes of action, and parties, with each party to bear its own attorney's fees and costs only as it relates to this action being dismissed.

The parties further stipulate that Plaintiff will arbitrate the claims raised in this action on an individual basis, subject to the arbitration agreement between Plaintiff and Defendant.

DATED: June 9, 2020            HABBAS, NASSERI & ASSOCIATES

By: /s/
Omar I. Habbas, Esq.
Tarik R. Habbas, Esq.
Attorneys for Plaintiff

DATED: June 9, 2020            COSTANZO LAW FIRM

By: /s/
Lori J. Costanzo, Esq.
Attorneys for Plaintiff

DATED: June 9, 2020            CAMARENA LAW OFFICE, A.P.C.

By: /s/
Ignascio G. Camarena II
Attorneys for Plaintiff

DATED: June 9, 2020            PAUL HASTINGS LLP

By: /s/
Kenneth W. Gage
Sara B. Tomezsko
Attorneys for Defendant

**ORDER OF DISMISSAL**

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), it is ordered that this pending action, only, is hereby dismissed without prejudice as to all claims, causes of action, and parties, with each party to bear its own attorney's fees and costs only as it relates to this action being dismissed.

DATED: June __9__, 2020



Hon. _____
UNITED STATES MAGISTRATE JUDGE

GRANTED
Judge Nathanael M. Cousins

STIPULATION TO CONTRACTUAL ARBITRATION AND REQUEST FOR DISMISSAL AND ORDER